IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAGDALENA FIGUEROA, and
SYLVIA MAGADAN,

        Plaintiffs,

    vs.                        Civil No. 02-CV-1086 KBM/LCS

UNITED STATES OF AMERICA,

        Defendant.

**STIPULATED
FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**Stipulated Findings of Fact:**

1.    The United States is a sovereign nation responsible for enforcement of the immigration laws by the officers, agents and employees of the Immigration and Naturalization Service and the U.S. Border Patrol.

2.    Plaintiff Figueroa was a legal permanent resident, or legal resident alien, as of date of the incident at issue, August 4, 1999.

3.    At some point after clearing the Alamogordo checkpoint, Plaintiffs headed south on Highway 54, towards El Paso.

4.    Plaintiffs agreed to go to the Border Patrol station in Alamogordo.

5.    The Border Patrol questioned both Plaintiffs at the station in Alamogordo before releasing Plaintiffs without charging them for any criminal offenses relating to this incident.

6.    Plaintiff Figueroa signed an agreement to release and hold harmless the government from any and all claims as a result of the seizure of her van on August 4, 1999.

7.    Plaintiff Figueroa signed an agreement that the delay in securing the return

of her van would not be construed in any way against the government.

## Stipulated Conclusions of Law:

1.	The Court has jurisdiction over this matter under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671 et seq.

2.	The parties further stipulate and agree that the law governing this case is the FTCA, and the law of the state of New Mexico as it relates to the FTCA.

3.	Venue lies in this district pursuant to 28 U.S.C. § 1391(b).


Respectfully submitted,

 Approved via email on 3/1/04 
Javier N. Maldonado
Lawyers' Committee for Civil Rights
Under Law of Texas
118 Broadway, Suite 502
San Antonio, TX 78205
Tel. 210-277-1603 ext. 307
Fax 210-225-3958
	and
Lynn Coyle
521 Texas Avenue
El Paso, TX 79901
Tel. 915-532-5544
Fax 915-532-5566
	And
Mary Stilinger
701 N. Saint Vrain
El Paso, TX 79902
Tel. 915-544-0415
Fax 915-534-7207
	and
Jason M. Davis
5945 Broadway
San Antonio, TX 78209
Tel. 210-930-4611
Fax 210-930-3815

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney
 Electronically filed 3/1/04 
Cynthia L. Weisman
John W. Zavitz
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, NM  87103
Tel. 505-346-7274
Fax 505-346-7205